IN RE RESIGNATION OF HAMILTON.

[Cite as In re Resignation of Hamilton (1990), 50 Ohio St. 3d 608.]

(No. 90-408—Submitted March 28, 1990—Decided April 11, 1990.)

The resignation of David A. Hamilton as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.